FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0647

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0647

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>LISA L. SWIFT,<br><br>       Petitioner and Appellee,<br>and<br><br>MATTHEW T. SWIFT,<br><br>       Respondent and Appellant. | **ORDER** |

UPON MOTION BY APPELLANT Mathew T. Swift, and good cause appearing,

IT IS HEREBY ORDERED that Matthew T. Swift's Motion for Extension of Time is GRANTED.  Appellant has an extension through February 21, 2024, to file his Opening Brief.

Dated _____, 2024.

_____
Chief Justice

_____

_____

_____
Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2024